# United States District Court
# For The Western District of North Carolina
# Asheville Division

William Riley,

                Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                         1:06cv67-2

George Snyder, et al.,

                Defendant(s).

DECISION BY COURT. This action having come before the Court by Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 8, 2006 Order.

March 10, 2006

FRANK G. JOHNS, CLERK

BY _____

Cynthia Huntley, Deputy Clerk

Dockets.Justia.com