# United States District Court
## For The Western District of North Carolina
## Asheville Division

William Riley,

        Plaintiff(s),　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　1:06cv67-2

George Snyder, et al.,

        Defendant(s).


DECISION BY COURT. This action having come before the Court by Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 8, 2006 Order.


March 10, 2006

                              FRANK G. JOHNS, CLERK

                              BY_____
                                 Cynthia Huntley, Deputy Clerk